

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE