KAI PETERS (SBN: 198516)
kpeters@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054

SARA M. TURNER (Admitted *Pro Hac Vice*)
smturner@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007

Attorneys for Defendant Choice Hotels International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| B.M., an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>WYNDHAM HOTELS & RESORTS, INC.;<br>CHOICE HOTELS INTERNATIONAL, INC.; G6<br>HOSPITALITY, LLC,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.:  5:20-cv-00656<br><br>**DEFENDANT CHOICE HOTELS<br>INTERNATIONAL, INC.'S<br>NOTICE OF NON-OPPOSITION<br>TO PLAINTIFF'S MOTION TO<br>SUBSTITUTE PARTY** |

Defendant Choice Hotels International, Inc. ("Choice"), respectfully submits this notice of non-opposition to Plaintiff's Motion to Substitute Party (the "Motion") (Doc. 118) pursuant to N.D. Cal Civil Local Rule 7-3(b).  Based on representations made in the Motion and in light of the fact that this case is currently stayed (Doc. 99) and the limited discovery and facts available thus far, Choice does not oppose the substitution of Josefina Mendoza as the plaintiff in this matter. Notwithstanding, Choice reserves all defenses and: (i) reserves the right to contest Ms. Mendoza is a proper party should additional facts show that she is not a proper successor-in-interest; and (ii)

-1-
**DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S
NOTICE OF NON-OPPOSITION**

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

does not concede that Ms. Mendoza, acting as representative of B.M.'s estate, has standing (or otherwise is eligible) to pursue a claim under 18 U.S.C. § 1595, or that all remedies survive Plaintiff B.M.'s death.

Dated:     October 4, 2021

By: /s/ Kai Peters
KAI PETERS (SBN: 198516)
kpeters@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

SARA M. TURNER
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, Alabama 35203-5202
(205) 328-0480  telephone
(205) 322-8007  facsimile
smturner@bakerdonelson.com
*Pro Hac Vice* Application Pending

*Attorneys for Defendant,*
*Choice Hotels International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By: /s/ Kai Peters
KAI PETERS (SBN: 198516)

**DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S**
**NOTICE OF NON-OPPOSITION**

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111