UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEFINA MENDOZA, as the Representative of the Estate of B.M.,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC. and CHOICE HOTELS INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 20-cv-00656-BLF<br><br>**ORDER TERMINATING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>[Re: ECF 128] |

Plaintiff's motion for leave to amend the complaint is TERMINATED WITHOUT PREJUDICE on the ground that this case has been stayed. The stay was entered pursuant to the Trafficking Victims Protection Reauthorization Act ("TVPRA") until the "final adjudication in the trial court" of the "criminal action arising out of the same occurrence in which the claimant is the victim." Order Staying Case (quoting 18 U.S.C. § 1595(b)), ECF 99. The "final adjudication in the trial court" will not occur until sentencing and entry of judgment as to the remaining defendants in the criminal trafficking case. *See Doe v. Mindgeek USA Inc.*, No. SACV 21-00338-CJC (ADSx), 2021 WL 6618628, at *2 (C.D. Cal. Dec. 28, 2021) (declining to consider motion to amend complaint while TVPRA stay was in effect); *Lunkes v. Yannai*, 882 F. Supp. 2d 545, 549 (S.D.N.Y. 2012) ("[I]nterpreting 'final adjudication' to refer to sentencing and entry of judgment is consistent with the purpose and legislative history of Section 1595."). Those defendants are scheduled to be sentenced on September 26, 2023.

Upon sentencing and entry of judgment with respect to the remaining criminal defendants, Plaintiff may file a motion to lift the stay and, once such motion is granted, may re-notice the motion for leave to amend the complaint.

**IT IS SO ORDERED.**

Dated: July 7, 2023

_____
BETH LABSON FREEMAN
United States District Judge