Kimberly L. Adams (*pro hac vice*)
kadams@levinlaw.com
Levin, Papantonio, Raferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7056
Facsimile: 850-436-6056

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
Facsimile: 415-986-1474

*Attorneys for Plaintiff*
*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., as Personal Representative of the ESTATE OF B.M.,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>WYNDHAM HOTELS & RESORTS, INC.,<br><br>　　　Defendant. | Case Number: 5:20-cv-00656-BLF<br><br>**CASE STATUS REPORT** |

Counsel for Plaintiff to the above-entitled action respectfully submits this STATUS REPORT regarding the Pending Motion for Leave to Amend, ECF 135, pursuant to Court Order, ECF 144. This case was stayed beginning on or about October 2, 2020 during the prosecution and criminal trial of the sex traffickers who sold and exploited B.M. out of Defendants' hotels while she was a minor. See ECF Nos. 99, 131. Plaintiff J.M., as Personal Representative of the Estate of B.M., moved to amend her complaint in order to preserve her causes of action against additional hotel defendants. See ECF No. 128. The motion was denied *without prejudice* due to the stay on the case. ECF No. 130. The stay was lifted on or about October 13, 2023 and so this case is still in its early stages. The Parties had a Case Management Conference on November 17, 2023 where it was decided Plaintiff would continue to work on Letters of Administration and finalizing a resolution with Defendant Choice Hotels International, Inc. Letters of Special Administration were issued on December 12, 2023, appointing J.M. as special administrator of B.M.'s Estate with special powers as specified by the Order for Probate, including power to settle litigation claims on behalf of the decedent. The Letters of Special Administration were extended on January 22, 2024 until the next hearing on the Personal Administrator's Petition for General Letters or May 15, 2024. To preserve the Plaintiff's anonymity, the court issuing these Letters is not disclosed here.

To date, the only original Defendant remaining in this case is Wyndham Hotels & Resorts, Inc. During the stay, the Parties to the original complaint diligently worked towards resolving the case. Defendant G6 Hospitality, LLC was dismissed on July 7, 2022. On or about January 23, 2024, Plaintiff and Defendant Choice Hotels International, Inc. finalized a resolution related to the release of this defendant from the case, which is circulating for signatures.

With the lifting of the stay and upon the release of Defendant Choice Hotels International, Inc., Plaintiff will refile her "unopposed" motion for leave to amend her complaint to name additional defendants who were revealed through the criminal proceeding that were beneficiaries in violation of the TVPRA as well as to clarify the allegations against the remaining and newly added Defendants. Plaintiff anticipates that approximately an additional 45 days are required for the release of Choice so that she can file her unopposed motion to amend. Upon the filing of

Plaintiff's Unopposed Motion for Leave to Amend the Complaint, which will allow for the filing of her Second Amended Complaint, Plaintiff will begin renegotiating and finalizing an Agreed Protective Order and ESI Order with the remaining as well as the newly added hotel defendants in this case and discovery may begin.

Dated: January 26, 2024

RESPECTFULLY SUBMITTED,

<table>
<tr><td>

*/s/ Kimberly Adams*
Kimberly L. Adams (*pro hac vice*)
kadams@levinlaw.com
Susanna L. Southworth (*pro hac vice application to be submitted*)
ssouthworth@levinlaw.com
Levin, Papantonio, Raferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7056
Facsimile: 850-436-6056

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

Erik L. Bauer (*pro hac vice*)
erik@erikbauerlaw.com
Law Office of Erik L. Bauer
215 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: 253-383-2000
Facsimile: 253-383-0154

</td><td>

Danielle B. Pinter (*pro hac vice*)
dpinter@ncoselaw.org
Benjamin W. Bull (*pro hac vice*)
bbull@ncose.com
National Center on Sexual Exploitation
440 First Street NW, Suite 840
Washington, D.C. 20001
Telephone: 352-266-7989
Facsimile: 202-393-1717

*Counsel for Plaintiff J.M., as Personal Representative of the ESTATE OF B.M.*

</td></tr>
</table>

CERTIFICATE OF SERVICE

I hereby certify that on January 26th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

DATED this 26th day of January, 2024.        By:        /s/ Lori E. Andrus
                                                        Lori E. Andrus (SBN 205816)