Kimberly L. Adams (*pro hac vice*)
kadams@levinlaw.com
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7056
Facsimile: 850-436-6056

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
Facsimile: 415-986-1474

*Attorneys for Plaintiff*
*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Josefina Mendoza as the Representative of the Estate of decedent, B.M.,<br><br>Plaintiff(s),<br><br>vs.<br><br>WYNDHAM HOTELS & RESORTS, INC.; *et al.*<br><br>Defendant(s). | Case No.: 5:20-cv-00656-BLF<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT**<br><br>Complaint Filed: January 29, 2020 |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Josefina Mendoza as the Representative of the Estate of decedent, B.M., and Defendant Choice Hotels International Inc., by and through their undersigned counsel, stipulate and agree that all claims asserted in this matter against Choice Hotels International Inc. should be dismissed. Upon the dismissal of Defendant Choice Hotels International Inc. and pursuant to the

- 1 -

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL OF CLAIMS AGAINST
DEFENDANT CHOICE HOTELS INTERNATIONAL INC.

5:20-cv-00656-BLF

Court's order, ECF 137, Plaintiff will refile her Unopposed Motion for Leave to Amend the Complaint, which will allow for the filing of her Second Amended Complaint.

Plaintiff and Choice Hotels International Inc. therefore respectfully and jointly request that all claims asserted in this action against Choice Hotels International Inc. be dismissed with prejudice, with each side to bear its own costs.

Dated: May 28, 2024

Respectfully submitted,

By: */s/ Lori E. Andrus*
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
**Andrus Anderson LLP**
155 Montgomery Street
Suite 900
San Francisco, CA 94104
T: 415-986-1400
F: 415-986-1474

Kimberly R. Lambert Adams (*pro hac vice*)
kadams@levinlaw.com
Susanna L. Southworth (*pro hac vice*)
ssouthworth@levinlaw.com
**Levin, Papantonio, Thomas,
Mitchell, Rafferty & Proctor, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
T: 850-435-7153
F: 850-436-6153

Erik L. Bauer (*pro hac vice*)
erik@erikbauerlaw.com
**Law Office of Erik L. Bauer**
215 Tacoma Avenue South
Tacoma, Washington 98402
T: 253-383-2000
F: 253-383-0154

Danielle B. Pinter (*pro hac vice*)
dpinter@ncoselaw.org
Benjamin W. Bull (*pro hac vice*)
bbull@ncose.com
**National Center on Sexual Exploitation**
440 First Street NW, Suite 840

By: */s/ Kai Peters*
Kai Peters (SBN 198516)
kpeters@grsm.com
**Gordon & Rees LLP**
315 Pacific Avenue
San Francisco, CA 94111
T: 415-986-5900
F: 415-986-8054

Sara Marie Turner (*pro hac vice*)
smturner@bakerdonelson.com
**Baker Donelson**
1901 Sixth Avenue North
Suite 2600
Birmingham, AL 35203
T: 205-250-8316
F: 205-488-3716

*Counsel for Defendant Choice Hotels
International Inc.*

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL OF CLAIMS AGAINST
DEFENDANT CHOICE HOTELS INTERNATIONAL INC.

5:20-cv-00656-BLF

Washington, D.C. 20001
T: 352-266-7989
F: 202-393-1717

*Attorneys for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notifications.

/s/ Susanna L. Southworth
Susanna L. Southworth

- 4 -

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL OF CLAIMS AGAINST
DEFENDANT CHOICE HOTELS INTERNATIONAL INC.

5:20-cv-00656-BLF