Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

*Attorneys for Plaintiff J.M.*
*(Additional Counsel for Plaintiff on Signature Page)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| J.M., as the Representative of the Estate of Decedent, B.M., <br><br> Plaintiff, <br><br> v. <br><br> WYNDHAM HOTELS & RESORTS, INC. and CHOICE HOTELS INTERNATIONAL, INC., <br><br> Defendants. | CASE NO.: 5:20-cv-00656-BLF <br><br> **JOINT STATUS REPORT** <br> Judge:  Hon. Beth Labson Freeman <br> Courtroom: 3, 5th Floor |

## JOINT STATUS REPORT

Counsel to the above-entitled action respectfully submits this STATUS REPORT pursuant to Court Order, ECF 224 and state as follows:

On February 26, 2025, the Parties jointly mediated this case and were able to reach an agreement in principle.

On March 7, 2025, Plaintiff circulated a draft settlement release as well as a confidential designation form for consideration and submission to the probate court.

On March 24, 2025, Plaintiff spoke to Counsel for Defendant, Wyndam that additional time was required to provide edits to the release.

The parties anticipate being able to file a dismissal within 60 days.

---

**JOINT STATUS REPORT**

Respectfully submitted,

Dated: March 28, 2025              **DLA PIPER LLP (US)**


By: */s/ Melissa A. Reinckens*


    **DLA Piper LLP (US)**
Melissa A. Reinckens (SBN 314657)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
T. 619.699.2798 / F. 619.764.6624
melissa.reinckens@us.dlapiper.com

David S. Sager (*Pro Hac Vice*)
51 John F. Kennedy Pkwy, Suite 120
Short Hills, New Jersey 07078
T. 973.520.2570 / F. 973.215.2604
david.sager@us.dlapiper.com

*Attorneys for Defendants*
*Wyndham Hotels & Resorts, Inc.,*
*Wyndham Hotel Group, LLC,*
*Super 8 Worldwide, Inc. and*
*Days Inns Worldwide, Inc.*


Dated: March 28, 2025              **LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**

By: */s/ Kimberly L. Adams*


    **Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
Kimberly L. Adams (*Pro Hac Vice*)
Susanna L. Southworth, Ph.D. (*Pro Hac Vice*)
316 Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7056
Facsimile: (850) 436-6056
Email: kadams@levinlaw.com
      ssouthworth@levinlaw.com

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Andrus Anderson LLP


**JOINT STATUS REPORT**

155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

*Attorneys for Plaintiff*
*J.M. as Personal Representative of the*
*ESTATE of B.M.*

Dated: March 28, 2025            **MACDONALD & CODY, LLP**

By: */s/ Kenneth H. Coronel*

**MacDonald & Cody, LLP**
Kenneth H. Coronel (SBN 137225)
Teresa M. Wilson (SBN 189045)
21650 Oxnard Street, Suite 1530
Woodland Hills, CA 91367
Telephone: (818) 616-8996
Facsimile: (818) 824-4450
Email: kcoronel@macdonaldcody.com

*Attorneys for Defendants*
*Sundowner Inn, LP, sued herein as Sundowner LP*

**JOINT STATUS REPORT**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 28, 2025                    **DLA PIPER LLP (US)**


By:  /s/  *Melissa A. Reinckens*
     MELISSA A. REINCKENS

     *Attorneys for Defendants*
     *Wyndham Hotels & Resorts, Inc.,*
     *Wyndham Hotel Group, LLC,*
     *Super 8 Worldwide, Inc. and*
     *Days Inns Worldwide, Inc.*

---

**JOINT STATUS REPORT**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED: March 28, 2025.                    By:    */s/ Melissa A. Reinckens*
                                                 MELISSA A. REINCKENS

---

**JOINT STATUS REPORT**