Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Audrey Siegel (SBN 286771)
audrey.siegel@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

Kimberly Lambert Adams
kadams@levinlaw.com
316 S Baylen St.
Pensacola, FL 32502
Telephone: (850) 435-7000
*Attorneys for Plaintiff*



APPROVED

*Judge Beth Labson Freeman*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| J.M. as the Representative of the Estate of Decedent B.M., <br><br>        Plaintiff, <br><br>        vs. <br><br> WYNDHAM HOTELS & RESORTS, INC., *et al.* <br><br>        Defendant(s). | Case No.: 5:20-cv-00656-BLF <br><br> STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT WYNDHAM HOTEL GROUP, SAN JOSE INN GENERAL PARTNERSHIP, AND SUNDOWNER INN, LP <br><br> Complaint Filed: January 29, 2020 |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff J.M on behalf of the estate of Decedent B.M., by and through undersigned counsel, and Defendants WYNDHAM HOTEL GROUP, LLC., WYNDHAM HOTELS & RESORTS, INC. (collectively "Wyndham"), SUPER 8 WORLDWIDE, INC. ("Super 8"), DAYS INN WORLDWIDE, INC. ("Days Inn"),  SAN JOSE INN a/k/a SAN JOSE

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL OF CLAIMS AGAINST
WYNDHAM RESORTS & HOTELS INC.

5:20-cv-00656-BLF

INN PARTNERSHIP ("San Jose"), and SUNDOWNER INN, LP ("Sundowner"), by and through their undersigned counsel, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that each and every claim arising out of this action against Defendants Wyndham, Super 8, Days Inn, San Jose, and Sundowner should be dismissed.

Plaintiff and Defendants respectfully and jointly request that all claims asserted in this action against Wyndham, Super 8, Days Inn, San Jose, and Sundowner be dismissed with prejudice, with each party to bear their own costs, expenses and fees.

Respectfully submitted this 8th Day of January 2026,

By: */s/ Lori E. Andrus*
**Lori E. Andrus (SBN 205816)**
lori@andrusanderson.com
Audrey Siegel (SBN 286771)
audrey.siegel@andrusanderson.com
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
T: 415-986-1400
F: 415-986-1474

*/s/ Kimberly Lambert Adams*
**Kimberly Lambert Adams**
kadams@levinlaw.com
Levin Papantonio Thomas Mitchell
Rafferty and Proctor, P.A
316 S. Baylen St.
Suite 600
Pensacola, FL 32502
T: (850-435-7056

By: */s/ Melissa A. Reinckens*
**Melissa A. Reinckens (SBN 314657)**
melissa.reinckens@dlapiper.com
susan.acquista@dlapiper.com
DLA Piper (US)
4365 Executive Drive
Ste 1100
San Diego, CA 92121
T: 858-677-1400
F: 858-677-1401

*/s/ Anthony F. Pinelli*
**Anthony F. Pinelli (SBN 111968)**
apinelli@wpclaw.com
Williams, Pinelli & Cullen, LLP
110 North Third Street
San Jose, CA 95112
T: 408-288-3868
F: 408-288-3860

*/s/ Kenneth H. Coronel*
**Kenneth H. Coronel (SBN 137225)**
kcoronel@macdonaldcody.com
Macdonald & Cody, LLP
21650 Oxnard Street
Ste 1530
Woodland Hills, CA 91367
T: 818-616-8996

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL OF CLAIMS AGAINST
WYNDHAM RESORTS & HOTELS INC.                    5:20-cv-00656-BLF

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Lori E. Andrus, attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

DATED: January 8, 2026

/s/ *LORI E. ANDRUS*
LORI E. ANDRUS
*Attorney for Plaintiff*

- 3 –

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL OF CLAIMS AGAINST
WYNDHAM RESORTS & HOTELS INC.

5:20-cv-00656-BLF